UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: TIRBHOWAN BISNAUTH MOOLDEVI BISNAUTH | CASE NO: 5:15-BK-00164 **DECLARATION OF MAILING CERTIFICATE OF SERVICE** Chapter: 13 |
|---|---|

On 4/4/2018, I did cause a copy of the following documents, described below,

Notice of Motion and Objection Date

Motion to Modify Confirmed Plan

Exhibit A - 2nd Amended Plan

Proposed Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/4/2018

/s/ Kim M. Diddio, Esq.
Kim M. Diddio, Esq. 86708

Kim M. Diddio, Attorney at Law
17 North Sixth Street
Stroudsburg, PA 18360
570 801 1336
kdiddio@diddiolaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TIRBHOWAN BISNAUTH
MOOLDEVI BISNAUTH

CASE NO: 5:15-BK-00164

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 4/4/2018, a copy of the following documents, described below,

Notice of Motion and Objection Date

Motion to Modify Confirmed Plan

Exhibit A - 2nd Amended Plan

Proposed Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/4/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kim M. Diddio, Esq.
Kim M. Diddio, Attorney at Law
17 North Sixth Street
Stroudsburg, PA  18360

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
03145
CASE 5-15-BK-00164-JJT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE
WED APR 4 11-41-12 EDT 2018

AMERIFINANCIAL SOLUTION
PO BOX 602570
CHARLOTTE NC 28260-2570

APEX ASSET
1891 SANTA BARBARA
LANCASTER PA 17601-4106

BERKS CREDIT COLLECTIONS
245 MAIN STREET
DICKSON CITY PA 18519-1641

MOOLDEVI BISNAUTH
144 LENAPE TRAIL
ALBRIGHTSVILLE PA 18210-3915

DEBTOR
TIRBHOWAN BISNAUTH
144 LENAPE TRAIL
ALBRIGHTSVILLE PA 18210-3915

BLUE MOUNTAIN HEALTH SYSTEM FKA
GNADEN HUETTEN MEMORIAL HOSPITAL
CO SCOTT R LIPSON ESQUIRE
515 W HAMILTON ST SUITE 502
ALLENTOWN PA 18101-1513

BLUE MOUNTAIN HEALTH SYSTEM FKA GNADEN HU
CO SCOTT R LIPSON ESQUIRE
515 W HAMILTON ST
SUITE 502
ALLENTOWN PA 18101-1513

BONDED COLLECTIONS CORPORATION
2400 E DEVON AVE
SUITE 257
DES PLAINES IL 60018-4619

CACH LLC
PO BOX 10587
GREENVILLE SC 29603-0587

CACH LLCSQUARE TWO FINANCIAL
4340 S MONACO ST UNIT 2
DENVER CO 80237-3581

CACH LLCSQUARE TWO FINANCIAL
ATTENTION BANKRUPTCY
4340 SOUTH MONACO ST 2ND FLOOR
DENVER CO 80237-3485

CAPITAL ONE NA
CO BECKET AND LEE LLP
POB 3001
MALVERN PA 19355-0701

CAREPAYMENT CUSTOMER CARE
5300 MEADOWS ROAD SUITE 400
LAKE OSWEGO OR 97035-8260

CENTRAL CREDIT AUDIT
100 N THIRD ST
SUNBURY PA 17801-2367

CENTRAL CREDIT AUDIT
PO BOX 735
SUNBURY PA 17801-0735

CENTRAL CREDITPENN CR
916 S 14TH ST
HARRISBURG PA 17104-3425

CENTRAL CREDITPENN CR
ATTNBANKRUPTCY
PO BOX 988
HARRISBURG PA 17108-0988

CENTRAL CREDITPENN CREDIT
ATTNBANKRUPTCY
PO BOX 988
HARRISBURG PA 17108-0988

CITIBANKTHE HOME DEPOT
CENTRALIZED BANKRUPTCY
PO BOX 790040
SAINT LOUIS MO 63179-0040

CITIBANKTHE HOME DEPOT
PP BOX 6497
SIOUX FALLS SD 57117

CHARLES J DEHART III TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

KIM M DIDDIO
17 N 6TH STREET
STROUDSBURG PA 18360-2177

DR LEONARDSCAROL WRIG
1515 S 21ST ST
CLINTON IA 52732-6676

ENHANCED RECOVERY COMPANY
PO BOX 57610
JACKSONVILLE FL 32241-7610

FINANCIAL RECOVERIES
200 E PARK DR STE 100
MOUNT LAUREL NJ 08054-1297

FINANCIAL RECOVERIES
PO BOX 1388
MOUNT LAUREL NJ 08054-7388

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| GINNYS<br>CO CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 | GINNYSSWISS COLONY INC<br>1112 7TH AVE<br>MONROE WI 53566-1364 | GINNYSSWISS COLONY INC<br>ATTN BANKRUPTCY<br>1112 7TH AVE<br>MONROE WI 53566-1364 |
| JOSHUA I GOLDMAN<br>KML LAW GROUP PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 | JOHN F GORYL<br>KML LAW GROUP PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 | JEFFERSON ASSOCIATES<br>3 CORAL ST<br>EDISON NJ 08837-3242 |
| KML LAW GROUP MICHAEL MCKEEVER ESQ<br>MELLON IND CENTER STE 500<br>701 MARKET STREET<br>PHILADELPHIA PA 19106-1538 | KOHLSCAPONE<br>N56 W 17000 RIDGEWOOD DR<br>MENOMONEE FALLS WI 53051-7096 | SCOTT R LIPSON<br>NORRIS MCLAUGHLIN MARCUS PA<br>1611 POND ROAD SUITE 300<br>ALLENTOWN PA 18104-2258 |
| MT BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | MIDLAND FUNDING<br>8875 AERO DR STE 200<br>SAN DIEGO CA 92123-2255 | MONTGOMERY WARD<br>1112 7TH AVE<br>MONROE WI 53566-1364 |
| MONTGOMERY WARD<br>CO CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 | NATIONAL RECOVERY AGENCY<br>2491 PAXTON ST<br>HARRISBURG PA 17111-1036 | PNC BANK<br>PO BOX 5570<br>CLEVELAND OH 44101-0570 |
| PNC BANK<br>103 BELLEVUE PKWY<br>WILMINGTON DE 19809-3701 | THOMAS I PULEO<br>KML LAW GROUP PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 | RECOVERY MANAGEMENT SYSTEMS CORPORATION<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 |
| RECOVERY MANAGEMENT SYSTEMS CORPORATION<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 | REMIT CORP<br>36 W MAIN ST<br>BLOOMSBURG PA 17815-1703 | SRA ASSOCIATES INC<br>401 MINNETONKA ROAD<br>HI NELLA NJ 08083-2914 |
| SEARSCBNA<br>PO BOX 6283<br>SIOUX FALLS SD 57117-6283 | SEVENTH AVENUE<br>1112 7TH AVE<br>MONROE WI 53566-1364 | SEVENTH AVENUE<br>CO CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 |
| SOURCE RECOVERY<br>PO BOX 450<br>SPRINGFIELD PA 19064-0450 | TOYOTA MOTOR CREDIT CORPORATION<br>CO BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~228 WALNUT STREET SUITE 1190~~<br>~~HARRISBURG PA 17101-1722~~ |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

JAMES WARMBRODT
701 MARKET STREET SUITE 5000
PHILADEPHIA PA 19106-1541