# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

TIRBHOWAN BISNAUTH  Case No.: 5-15-00164-RNO
MOOLDEVI BISNAUTH  Chapter 13
    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | M & T BANK |
| Court Claim Number: | 06 |
| Last Four of Loan Number: | 8340 |
| Property Address if applicable: | 144 LENAPE TRAIL, , ALBRIGHTSVILLE, PA18210 |

**PART 2: CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $24,819.28 |
| b. | Prepetition arrearages paid by the Trustee: | $24,819.28 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $6,559.47 |
| f. | Postpetition arrearages paid by the Trustee: | $6,559.47 |
| g. | Total b, d, f: | $31,378.75 |

**PART 3: POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: November 14, 2019	Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

Creditor Name:  M & T BANK
Court Claim Number:  06

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 0060 | 1140047 | 12/03/2015 | $461.55 | $0.00 | $461.55 |
| 0060 | 1141747 | 01/07/2016 | $518.65 | $0.00 | $518.65 |
| 0060 | 1143404 | 02/03/2016 | $518.65 | $0.00 | $518.65 |
| 0060 | 1145034 | 03/02/2016 | $518.65 | $0.00 | $518.65 |
| 0060 | 1146762 | 04/06/2016 | $1,037.30 | $0.00 | $1037.30 |
| 0060 | 1148470 | 05/04/2016 | $1,037.30 | $0.00 | $1037.30 |
| 0060 | 1153142 | 08/04/2016 | $1,037.30 | $0.00 | $1037.30 |
| 0060 | 1154687 | 09/01/2016 | $1,050.50 | $0.00 | $1050.50 |
| 0060 | 1157915 | 11/02/2016 | $516.45 | $0.00 | $516.45 |
| 0060 | 1161100 | 01/12/2017 | $516.45 | $0.00 | $516.45 |
| 0060 | 1164161 | 03/09/2017 | $1,032.90 | $0.00 | $1032.90 |
| 0060 | 1167333 | 05/11/2017 | $1,549.35 | $0.00 | $1549.35 |
| 0060 | 1168906 | 06/13/2017 | $516.45 | $0.00 | $516.45 |
| 0060 | 1170343 | 07/06/2017 | $516.45 | $0.00 | $516.45 |
| 0060 | 1171819 | 08/10/2017 | $516.45 | $0.00 | $516.45 |
| 0060 | 1173350 | 09/19/2017 | $516.45 | $0.00 | $516.45 |
| 0060 | 1174663 | 10/11/2017 | $516.45 | $0.00 | $516.45 |
| 0060 | 1175972 | 11/08/2017 | $514.25 | $0.00 | $514.25 |
| 0060 | 1178775 | 01/11/2018 | $514.25 | $0.00 | $514.25 |
| 0060 | 1181528 | 03/08/2018 | $1,542.75 | $0.00 | $1542.75 |
| 0060 | 9005490 | 11/08/2018 | $507.96 | $0.00 | $507.96 |
| 0060 | 9005576 | 12/13/2018 | $515.47 | $0.00 | $515.47 |
| 0060 | 9005745 | 02/07/2019 | $515.47 | $0.00 | $515.47 |
| 0060 | 9005826 | 03/12/2019 | $515.46 | $0.00 | $515.46 |
| 0060 | 9006170 | 07/11/2019 | $7,142.91 | $0.00 | $7142.91 |
| 0060 | 9006522 | 11/07/2019 | $673.46 | $0.00 | $673.46 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

TIRBHOWAN BISNAUTH   Case No.: 5-15-00164-RNO
MOOLDEVI BISNAUTH    Chapter 13
           Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 14, 2019, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

KIM M DIDDIO ESQUIRE                 SERVED ELECTRONICALLY
17 N 6TH STREET
STROUDSBURG PA, 18360-

M&T BANK                             SERVED BY 1ST CLASS MAIL
PO BOX 1288
BUFFALO, NY, 14240

TIRBHOWAN BISNAUTH                   SERVED BY 1ST CLASS MAIL
MOOLDEVI BISNAUTH
144 LENAPE TRAIL
ALBRIGHTSVILLE, PA 18210

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 14, 2019          s/   Donna Schott
                                 Charles J. DeHart, III, Trustee
                                 Standing Chapter 13 Trustee
                                 Suite A, 8125 Adams Drive
                                 Hummelstown, PA 17036
                                 Phone: (717) 566-6097
                                 Fax: (717) 566-8313
                                 eMail: dehartstaff@pamd13trustee.com