Certificate Number: 17572-PAM-DE-033887080

Bankruptcy Case Number: 15-00164



17572-PAM-DE-033887080

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 30, 2019, at 9:50 o'clock PM PST, Tirbhowan Bisnauth completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  December 30, 2019          By:    /s/Leigh-Anna M Thompson

                                  Name:  Leigh-Anna M Thompson

                                  Title: Counselor