Certificate Number: 17572-PAM-DE-033888551

Bankruptcy Case Number: 15-00164



17572-PAM-DE-033888551

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>December 30, 2019</u>, at <u>9:50</u> o'clock <u>PM PST</u>, <u>Mooldevi Bisnauth</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>December 31, 2019</u>     By:   <u>/s/Leigh-Anna M Thompson</u>

Name: <u>Leigh-Anna M Thompson</u>

Title: <u>Counselor</u>